UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Katharine S. Hayden |
| v. | : | Crim. No. 07-174 |
| KEIYAN GOLDEN | : | ORDER |

This matter having come before the Court on the motion of defendant Keiyan Golden "to correct the defect in jurisdiction" and seeking an evidentiary hearing; and the United States (Assistant U.S. Attorney Sandra L. Moser, appearing) having responded by letter brief dated February 9, 2010; and the United States Court of Appeals for the Third Circuit having held in <u>U.S. v. Singeltary</u>, 268 F.3d 196 (3d Cir. 2001), that nothing in the opinion of the Supreme Court of the United States in <u>U.S. v. Lopez</u>, 514 U.S. 549 (1995), renders unconstitutional 18 U.S.C. § 922(g)(1), the statute under which the defendant Keiyan Golden was convicted; and for good cause shown,

IT IS on this 24 day of June, 2010,

ORDERED that defendant Keiyan Golden's motion "to correct the defect in jurisdiction" is DENIED absent an evidentiary hearing.

/s/ Katharine S. Hayden
HON. KATHARINE S. HAYDEN
United States District Judge