PROB 12A
(7/93)

# United States District Court
## for
## District of New Jersey
## Report on Offender Under Supervision

Name of Offender: Keiyan Golden  Cr.: 07-00174-001
PACTS #: 48570

**Name of Sentencing Judicial Officer:** THE HONORABLE KATHARINE S. HAYDEN
SENIOR UNITED STATES DISTRICT JUDGE

**Date of Original Sentence:** 10/15/2007

**Original Offense:** Unlawful Transport of Firearms, 18 U.S.C. 922

**Original Sentence:** 74 months imprisonment, 36 months supervised release

**Violation of Supervised Release:** On January 24, 2017, the offender's current term of supervised release was revoked and terminated. He was sentenced to time served and 24 months of supervised release.

**Current Special Conditions:** Attend 12-step meetings and seek and maintain full-time employment

Type of Supervision: Supervised Release                    Date Supervision Commenced: 01/24/2017

## NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | The offender has violated the special supervision condition which states '**You must refrain from the illegal possession and use of drugs, including prescription medication not prescribed in your name, and the use of alcohol, and must submit to urinalysis or other forms of testing to ensure compliance. It is further ordered that you must submit to evaluation and treatment, on an outpatient or inpatient basis, as approved by the U.S. Probation Office. You must abide by the rules of any program and must remain in treatment until satisfactorily discharged by the Court. You must alert all medical professionals of any prior substance abuse history, including any prior history of prescription drug abuse. The Probation Officer must supervise your compliance with this condition.**' |
| | During a home visit on January 27, 2017, the offender tested positive for Phencyclidine (PCP). He admitted using the substance but refused to sign an admission form. Golden was then directed to report to the probation office later that day to submit another sample to be sent to the national laboratory. He complied with the directives, submitted a subsequent urinalysis test, and signed an admission form admitting he used PCP on January 25, 2017. |

Prob 12A – page 2
Keiyan Golden

U.S. Probation Officer Action:

This is Golden's first positive drug test since his release from custody on a violation. On February 21, 2017, Golden received an in-house substance abuse assessment and was enrolled in drug treatment at Jersey City Medical Center. The offender was warned that future positive urinalysis will result in increased sanctions and/or violation proceedings. If Your Honor approves, the probation office will increase urinalysis testing and will monitor his progress in treatment.

Respectfully submitted,

Luis R. Gonzalez
2017.02.22 15:55:45
-05'00'

By: Ivettelis Perez
U.S. Probation Officer
Date: 02/22/2017

*The Court's endorsement of this petition will serve as an official written reprimand to the offender unless the Court directs that alternative action be taken as follows:*

☐ Submit a Request for Modifying the Conditions or Term of Supervision

☐ Submit a Request for Warrant or Summons

☒ Other-Increase urinalysis testing and monitor his progress in treatment.

Status Conference date set for 5/2/17

Signature of Judicial Officer

2/23/17
Date